```
 1 │ BENJAMIN B. WAGNER
   │ United States Attorney
 2 │ CAROLYN K. DELANEY
   │ Assistant U.S. Attorney
 3 │ 501 I Street, Suite 10-100
   │ Sacramento, California  95814
 4 │ Telephone: (916) 554-2798
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:09-CR-00487-FCD |
|---|---|
| Plaintiff, | ) |
| | ) PRELIMINARY ORDER OF FORFEITURE |
| v. | ) |
| MICHAEL PATRICK CASEY, | ) |
| Defendant. | ) |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Michael Patrick Casey, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), defendant Michael Patrick Casey's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a) Epson Stylus NX400 Printer Scanner Copier - Serial # KNTP219150.

2. The above-listed property is an article or device used in violation of 18 U.S.C. §§ 371, 471, and 472.

3. Pursuant to Rule 32.2(b), the Attorney General (or a

1  designee) shall be authorized to seize the above-listed property.
2  The aforementioned property shall be seized and held by the U.S.
3  Secret Service, in its secure custody and control.
4       4.   a.   Pursuant to 28 U.S.C. § 2461(c) and Local Rule 171,
5  the United States shall publish notice of the order of
6  forfeiture.  Notice of this Order and notice of the Attorney
7  General's (or a designee's) intent to dispose of the property in
8  such manner as the Attorney General may direct shall be posted
9  for at least 30 consecutive days on the official internet
10 government forfeiture site [www.forfeiture.gov](www.forfeiture.gov).  The United States
11 may also, to the extent practicable, provide direct written
12 notice to any person known to have alleged an interest in the
13 property that is the subject of the order of forfeiture as a
14 substitute for published notice as to those persons so notified.
15         b.   This notice shall state that any person, other than
16 the defendant, asserting a legal interest in the above-listed
17 property, must file a petition with the Court within sixty (60)
18 days from the first day of publication of the Notice of
19 Forfeiture posted on the official government forfeiture site, or
20 within thirty (30) days from receipt of direct written notice,
21 whichever is earlier.
22      5.   If a petition is timely filed, upon adjudication of all
23 third-party interests, if any, this Court will enter a Final
24 ///
25 ///
26 ///
27 ///
28 ///

Order of Forfeiture pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c), in which all interests will be addressed.

SO ORDERED this 22nd day of February, 2011.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE